1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

15

16

17

18

19

20

21

22

| | |
|---|---|
| JOHN EDWARD CLARK, individually, ANGELIQUA CHENEE GROCE, individually, and DANNESHA KIRKWOOD, individually, | Case No.: 2:24-cv-00379-JAD-NJK |
| Plaintiffs, | **ORDER GRANTING** **MOTION TO REMOVE ATTORNEY AND** **STAFF FROM CM/ECF SERVICE LIST** |
| v. | |
| SUN COUNTRY HOLDINGS, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive, | |
| Defendant. | |

23

24

25

26

27

28

Pursuant to LR IA 11-6, Fox Rothschild LLP ("Fox"), attorneys for Defendant Sun Country

Holdings, Inc. ("Defendant") provides notice and moves for relief as follows:

Deanna Forbush, Deborah Pressley, Sherry Harper, and Jineen DeAngelis are no longer

associated with USDC Case 2:24-cv-00379-JAD-NJK.   Fox Rothschild requests that these

individuals be removed from the service list and the email addresses dforbush@foxrothschild.com,

1    dpressley@foxrothschild.com, sharper@foxrothschild.com, and jdeangelis@foxrothschild.com be

2    removed from the Court's electronic service list for USDC Case 2:24-cv-00379-JAD-NJK .

3
4            Fox Rothschild continues to serve as counsel for Sun Country Holdings, Inc. and requests

5    that all future correspondence, papers and future notices in this action continue to be directed to

6    Daniel Mann, Mark Dombroff, and James Eastwood.

7    Dated: March 13, 2024.

8
                                                    **FOX ROTHSCHILD LLP**
9
                                                    /s/ *Daniel A. Mann*
10                                                  DANIEL A. MANN
                                                    One Summerlin
11                                                  1980 Festival Plaza Dr., Suite 700
                                                    Las Vegas, Nevada  56135
12
                                                    MARK A. DOMBROFF
13                                                  JAMES A. EASTWOOD
                                                    2020 K Street, N.W.
14                                                  Suite 500
                                                    Washington, DC  20006
15
                                                    *Attorneys for Defendant Sun Country Airlines*
16                                                  *Holdings, Inc.*

17

18

19                                                  **IT IS SO ORDERED**

20                                                  **DATED:** March 14, 2024

21

22
                                                    _____
23                                                  NANCY J. KOPPE
                                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                              2