| | |
|---|---|
| MICHAEL L. SHIRTS, ESQ.<br>Nevada Bar No. 10223<br>DIMOPOULOS INJURY LAW<br>6671 South Las Vegas Boulevard, Suite 275<br>Las Vegas, Nevada 89119<br>O: (702) 800-6000<br>F: (702) 224-2114<br>ms@stevedimopoulos.com<br>*Attorney for Plaintiffs* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN EDWARD CLARK, individually, ANGELIQUA CHENEE GROCE, individually, and DANNESHA KIRKWOOD, individually,<br><br>              Plaintiff,<br>vs.<br><br>SUN COUNTRY HOLDINGS, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>              Defendants. | CASE NO.: 2:24-cv-00379<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO REMAND MATTER TO STATE COURT**<br><br>ECF Nos. 8, 20 |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by and through their respective counsel of record, that Plaintiff's Motion to Remand Matter to State Court [Doc. Nos. 8 through 8-3] be WITHDRAWN, and the hearing on this Motion set for April 16, 2024 at 2:00 P.M. be VACATED.

| | |
|---|---|
| DATED this 19th day of March 2024.<br>**DIMOPOULOS INJURY LAW**<br><br>/s/ *Michael Shirts*<br>_____<br>MICHAEL L SHIRTS, ESQ.<br>Nevada Bar No. 10223<br>6671 South Las Vegas Blvd., Suite 275<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiffs* | DATED this 19th day of March 2024.<br>**FOX ROTHSCHILD LLP**<br><br>/s/ Daniel A. Mann<br>_____<br>Daniel A. Mann<br>One Summerlin<br>1980 Festival Plaza Dr., Suite 700<br>Las Vegas, Nevada 89135<br>*Attorney for Defendants* |

// //

**ORDER**

Based on the parties' stipulation [ECF No. 20] and because it appears that this court lacks jurisdiction over this case, IT IS HEREBY ORDERED that **THIS CASE IS REMANDED back to the Eighth Judicial District Court for Clark County, Nevada**, case number A-23-881547-C, Department 29, the motion to remand back to state court **[ECF No. 8] is DENIED** as moot, and **the hearing scheduled on that motion for April 16, 2024, at 2 p.m. is VACATED.** The Clerk of Court is directed to **SEND** a copy of this order and a copy of the docket sheet for this case to the Eighth Judicial District Court for Clark County, Nevada, and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 21, 2024

# Kenia Gutierrez Checchi

| | |
|---|---|
| **From:** | Mann, Daniel A. <dmann@foxrothschild.com> |
| **Sent:** | Wednesday, March 20, 2024 11:45 AM |
| **To:** | Michael Shirts |
| **Cc:** | Kenia Gutierrez Checchi |
| **Subject:** | RE: Clark, et al. v. Sun Country Airlines Holdings |

Michael,

Would you be willing to agree to substitute Sun Country Airlines Holdings, Inc. as Defendant with the operating company Sun Country Inc. dba Sun Country Airlines? If so, I can draft that stipulation. In the meantime let's file the SAO to Withdraw.

Thanks,



**Daniel A Mann**
Associate

One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

(702) 699-5935
(702) 597-5503
dmann@foxrothschild.com

**Learn about our new brand.**

---

**From:** Michael Shirts <ms@stevedimopoulos.com>
**Sent:** March 19, 2024 4:27 PM
**To:** Mann, Daniel A. <dmann@foxrothschild.com>
**Cc:** Kenia Gutierrez Checchi <kg@stevedimopoulos.com>
**Subject:** [EXT] Clark, et al. v. Sun Country Airlines Holdings

Daniel,

It was a pleasure meeting you over the telephone last week.  Per our discussion, please find the two stipulations, along with the corrected caption, to be submitted to the Court.  Please review and let me know if we can affix your e-signature and submit.

Best regards,

1

Michael



**Michael Shirts, Esq.**
(Licensed in NV & CA)
**Dimopoulos Law Firm**
P: (702) 800-6000
F: (702) 224-2114
6671 South Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
WWW.STEVEDIMOPOULOS.COM

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please e-mail the sender that you have received the communication in error. Thank you.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.