# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kyle Pond, | Case No. 2:24-cv-00721-CDS-BNW |
| Plaintiff | Reassignment Order |
| v. | |
| Sun Country Airlines Holdings, Inc., et al., | |
| Defendants | |
| | |
| John Edward Clark, et al., | Case No. 2:24-cv-00379-JAD-NJK |
| Plaintiffs | |
| v. | |
| Sun Country Holdings, Inc. | |
| Defendant | |

The presiding district judges in the above captioned actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one district judge under Local Rule 42-1(a). Reassignment of these cases to the same district judge and magistrate judge will promote judicial efficiency, avoid duplicative filings, and will not result in prejudice to the parties.

Local Rule 42-1(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge." The district judges assigned to these Sun Country cases have determined that the actions should be assigned to a single district judge and magistrate judge.

Accordingly, IT IS HEREBY ORDERED that Case No. 2:24-cv-00379-JAD-NJK is reassigned to District Judge Cristina D. Silva and Magistrate Judge Brenda Weksler, and all future documents must bear case number 2:24-cv-00379-CDS-BNW.

Dated: May 7, 2024

_____
Cristina D. Silva
United States District Judge

_____
Jennifer A. Dorsey
United States District Judge