DANIEL A. MANN, 15594
MARK A. DOMBROFF (PHV Admitted)
JAMES A. EASTWOOD (PHV Admitted)
**FOX ROTHSCHILD LLP**
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
And
2020 K Street, N.W.
Suite 500
Washington, DC  20006
Telephone:     702.699.5936
                         202.461.3100
Fax No.:         702.597.5503
dmann@foxrothschild.com
mdombroff@foxrothschild.com
jeastwood@foxrothschild.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN EDWARD CLARK, individually, ANGELIQUA CHENEE GROCE, individually, and DANNESHA KIRKWOOD, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUN COUNTRY HOLDINGS, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br>　　　　　Defendants. | Case No. 2:24-cv-00379-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO SERVE DISCLOSURE OF EXPERTS AND EXPERT REPORTS**<br><br>**Current deadline: June 24, 2024, for Initial Expert and July 22, 2024, for Rebuttal Expert**<br>**New deadline: August 23, 2024, for Initial Expert and September 20, 2024, for Rebuttal Expert** |

　　　Plaintiffs, JOHN EDWARD CLARK, individually, ANGELIQUA CHENEE GROCE, individually, and DANNESHA KIRKWOOD, individually ("Plaintiffs"), by and through their counsel of record, MICHAEL L. SHIRTS, ESQ., of DIMOPOULOS INJURY LAW; Defendant SUN COUNTRY AIRLINES HOLDINGS, INC. ("Sun Country"), by and through its counsel,

**1**

159320773.1

DANIEL A. MANN, ESQ., MARK A. DOMBROFF, ESQ., and JAMES A. EASTWOOD, ESQ., of FOX ROTHSCHILD LLP, hereby stipulate to extend the deadline for Parties to serve their disclosure of experts and expert reports for a period of sixty (60) days, up to and including **August 23, 2024.**

1. On April 4, 2024, the Court issued an Order setting the discovery schedule.

2. Per the Court's Order, the deadline for Parties to serve disclosure of experts and expert reports was by June 24, 2024.

3. The parties are looking to mediate this matter and require this deadline to be extended to provide amble time to schedule a date to avoid unnecessary litigation costs before mediation.

4. Accordingly, the Parties agree and stipulate to extend the deadline for Parties to serve their disclosure of experts and expert reports for a period of sixty (60) days, up to and including **August 23, 2024**.

5. This deadline extension would require the deadline for rebuttal expert disclosures to be extended as well to avoid the deadline to be before the initial disclosures of expert witnesses.

6. Accordingly, the Parties agree and stipulate to extend the deadline for Parties to serve their disclosure of rebuttal experts and expert reports for a period of sixty (60) days, **September 20, 2024**, which is 29 days after disclosure of experts since the typical 30 days falls on a Saturday.

8. The Parties respectfully request that the Court enter an Order consistent with the Parties' Stipulation as detailed herein.

159320773.1

DATED this 3rd day of June, 2024

**FOX ROTHSCHILD LLP**

*/s/ Daniel A. Mann*
DANIEL A. MANN, 15594
MARK A. DOMBROFF (PHV Admitted)
JAMES A. EASTWOOD (PHV Admitted)
**FOX ROTHSCHILD LLP**
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
And
2020 K Street, N.W.
Suite 500
Washington, DC  20006
dmann@foxrothschild.com
mdombroff@foxrothschild.com
jeastwood@foxrothschild.com
*Attorneys for Defendants*

**DIMOPOULOS INJURY LAW**

*/s/ Michael L. Shirts*
MICHAEL L. SHIRTS, ESQ.
Nevada Bar No. 10223
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
ms@stevedimopoulos.com
*Attorney for Plaintiffs*

**3**

159320773.1

1  DANIEL A. MANN, 15594
   MARK A. DOMBROFF (PHV Admitted)
2  JAMES A. EASTWOOD (PHV Admitted)
   **FOX ROTHSCHILD LLP**
3  One Summerlin
   1980 Festival Plaza Dr., Suite 700
4  Las Vegas, Nevada 89135
   And
5  2020 K Street, N.W.
   Suite 500
6  Washington, DC  20006
   Telephone:     702.699.5936
7                 202.461.3100
   Fax No.:       702.597.5503
8  dmann@foxrothschild.com
   mdombroff@foxrothschild.com
9  jeastwood@foxrothschild.com

10 *Attorneys for Defendants*

11                            UNITED STATES DISTRICT COURT

12                                   DISTRICT OF NEVADA

13 | JOHN EDWARD CLARK, individually, ANGELIQUA CHENEE GROCE, individually, and DANNESHA KIRKWOOD, individually, | |
   | --- | --- |
   |  | Case No. 2:24-cv-00379-CDS-BNW |
   | Plaintiff, | **[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR PARTIES TO SERVE DISCLOSURE OF EXPERTS AND EXPERT REPORTS** |
   | vs. |  |
   | SUN COUNTRY HOLDINGS, INC., a foreign corporation; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive, Defendants. | **Current deadline: June 24, 2024, for Initial Expert and July 22, 2024, for Rebuttal Expert**<br>**New deadline: August 23, 2024, for Initial Expert and September 20, 2024, for Rebuttal Expert** |

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

159321018.1

The Court, having considered the Parties' Stipulation to Extend Time for Parties to Serve Disclosures of Experts and Export Rpeorts, and good cause appearing, hereby ORDERS that Parties shall serve their disclosures of initial expert witnesses and initial expert reports on or before **August 23, 2024**, and Parties shall serve their disclosures of rebuttal expert witnesses and rebuttal expert reports on or before **September 20, 2024**.

IT IS SO ORDERED.

Dated this _4_ day of June, 2024.

By _____
Hon. Brenda Weksler
Magistrate Judge

2

159321018.1